JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| XIN LIN,<br><br>Petitioner,<br><br>v.<br><br>JAMES JANECHA et al.,<br><br>Respondents. | Case No. 5:26-cv-04915-DFM<br><br>JUDGMENT |

Pursuant to the Order Granting in Part Petition for Writ of Habeas Corpus issued on September 16, 2026,

IT IS ADJUDGED that the Petition is GRANTED in part. Respondents shall release Petitioner Xin Lin (A# 240-788-800) from custody. All other requests for relief are DENIED. The Court retains jurisdiction to adjudicate any collateral enforcement issues.

Date: September 18, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge